AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**SEALED**

**FILED**
JUN 2 2 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SINA MOGHTADER | ) | Case No. SA16-MJ-589 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 5, 2016** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115(a)(1) and (b)(4) | Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member.<br><br>PENALTIES: Max term of imprisonment of 10 years,<br>Max fine of 250,000 ,<br>Max term of SR of 3 years, and $100 SA |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Henry, S/A, DHS/FPS
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/22/2016

_____
Judge's signature

City and state: San Antonio, TX — JOHN W. PRIMOMO, U.S. MAGISTRATE JUDGE
Printed name and title